B6F (Official Form 6F) (12/07)

In re **Tamara Sue Crews**, Case No. **14-35243**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allied Cash Advance**<br>**6845 Forest Hill Avenue**<br>**Richmond, VA 23225** | | - | **2011**<br>**Cash Advance** | | | | **646.00** |
| Account No. **xxxx7280**<br><br>**Allied Credit/Alliance One**<br>**Attn: Bankruptcy**<br>**Po Box 2449**<br>**Gig Harbor, WA 98335** | | - | **Opened  8/01/06**<br>**CollectionAttorney United States Postal Service** | | | | **67.00** |
| Account No. **xxxxxxxxxxxxQQQQ**<br><br>**Amca/American Medical Coll Agency**<br>**4 West Chester Plaza**<br>**Elmsford, NY 10523** | | - | **Med1 Lc3 Laboratory Corp Of Americ** | | | | **720.00** |
| Account No. **xxxxxxxxxxxxQQQQ**<br><br>**Amca/American Medical Coll Agency**<br>**4 West Chester Plaza**<br>**Elmsford, NY 10523** | | - | **Med1 Lc3 Laboratory Corp Of Americ** | | | | **440.00** |

__10__ continuation sheets attached

Subtotal (Total of this page) **1,873.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **14-35243**
                                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxQQQQ** <br><br> **Amca/American Medical Coll Agency** <br> **4 West Chester Plaza** <br> **Elmsford, NY 10523** | | - | **Med1 Lc3 Laboratory Corp Of Americ** | | | | **399.00** |
| Account No. **xxx xxxx8953** <br><br> **Asset Acceptance** <br> **Po Box 2036** <br> **Warren, MI 48090** | | - | **Chase Bank/ Heritage First USA** | | | | **9,320.40** |
| Account No. <br><br> **Barclay Card** <br> **Card Services** <br> **PO Box 8833** <br> **Wilmington, DE 19899-8833** | | - | **Credit Card** | | | | **1,084.47** |
| Account No. **xxxxxxxxxxxx7246** <br><br> **Berks Cc** <br> **P.o. Box 329** <br> **Temple, PA 19560** | | - | **Med1 02 Bonsecours Physicians Practi** | | | | **160.00** |
| Account No. **xxxxxxxxxxxx5621** <br><br> **Berks Cc** <br> **P.o. Box 329** <br> **Temple, PA 19560** | | - | **Med1 02 Bonsecours Physicians Practi** | | | | **148.00** |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **11,111.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **14-35243**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx5622<br><br>**Berks Cc**<br>**P.o. Box 329**<br>**Temple, PA 19560** | | - | **Med1 02 Bonsecours Physicians Practi** | | | | 104.00 |
| Account No. xxx5050<br><br>**Bon Secours**<br>**Richmond Health Systems**<br>**P. O . Box 404893**<br>**Atlanta, GA 30384-4893** | | - | **2009-2011**<br>**medical** | | | | 1,870.77 |
| Account No.<br><br>**Cash-2-U**<br>**6100 Midlothian Turnpike**<br>**Richmond, VA 23225** | | - | **2011**<br>**Cash Advance** | | | | 646.00 |
| Account No. xxxxxxxxxxxxx5415<br><br>**Cbe Group**<br>**1309 Technology Pkwy**<br>**Cedar Falls, IA 50613** | | - | **Opened 10/01/07**<br>**CollectionAttorney Mci Cnld** | | | | 26.00 |
| Account No. xxxxxxxxxxxx2894<br><br>**Ccs/cortrust Bank**<br>**500 E 60th St N**<br>**Sioux Falls, SD 57104** | | - | **Opened 2/01/08 Last Active 12/28/11**<br>**CreditCard** | | | | 332.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,978.77**

In re  **Tamara Sue Crews**                                    ,         Case No. __**14-35243**__
                                         Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0019** <br><br> **Charlottesville Bureau** <br> **Pob 6220** <br> **Charlottesvill, VA 22911** | | - | **Opened 8/01/09 CollectionAttorney Commonwealth Lab Consultants** | | | | **120.00** |
| Account No. **xxxxxxxxx453O** <br><br> **Cntry Door** <br> **1112 7th Ave** <br> **Monroe, WI 53566** | | - | **Opened 10/01/06  Last Active  5/05/08 ChargeAccount** | | | | **328.00** |
| Account No. **4124** <br><br> **Commonwealth Eye Care Associat** <br> **10431 Patterson Avenue** <br> **Henrico, VA 23238** | | - | **2010 medical** | | | | **224.00** |
| Account No. **xxxxx-xCWR1** <br><br> **Commonwealth Radiology** <br> **1508 Willow Lawn dr.** <br> **Ste. 102** <br> **Richmond, VA 23230** | | - | **2011 medical** | | | | **970.00** |
| Account No. <br><br> **Creditonebnk** <br> **PO Box 98872** <br> **Las Vegas, NV 89193** | | - | | | | | **535.00** |

Sheet no. __**3**__ of __**10**__ sheets attached to Schedule of             Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        **2,177.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tamara Sue Crews**,     Case No. **14-35243**
                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx3012<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | - | | Opened 1/01/02 Last Active 4/03/06<br>CreditCard | | | | 542.00 |
| Account No. xxxxxxxxxxxx1286<br><br>**Fncc/Legacy Visa**<br>**Attn: Bankruptcy**<br>**Po Box 5097**<br>**Sioux Falls, SD 57117** | - | | Opened 8/01/08 Last Active 12/28/11<br>CreditCard | | | | 372.00 |
| Account No. xx0643<br><br>**Focused Recovery Solut**<br>**9701 Metropolitan Ct Ste**<br>**North Chesterfield, VA 23236** | - | | Opened 5/01/09<br>CollectionAttorney Neurological Associates Inc  A | | | | 39.00 |
| Account No. xxxxxxxxxxxx7328<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | - | | Opened 9/01/10 Last Active 1/04/12<br>CreditCard | | | | 393.00 |
| Account No. xxxxxx9001<br><br>**Ic Systems Inc**<br>**Po Box 64378**<br>**St. Paul, MN 55164** | - | | Opened 11/01/08<br>CollectionAttorney Stony Point Surgery Center | | | | 360.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,706.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tamara Sue Crews**,                                                    Case No. __**14-35243**__
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx9001<br><br>Ic Systems Inc<br>Po Box 64378<br>St. Paul, MN 55164 | | - | Opened 10/01/11<br>CollectionAttorney Gastrointestinal Specialists | | | | 81.00 |
| Account No. xxxxxx9001<br><br>Ic Systems Inc<br>Po Box 64378<br>St. Paul, MN 55164 | | - | Opened 1/01/09<br>CollectionAttorney Stony Point Surgery Center | | | | 77.00 |
| Account No. xxxxxxxx2450<br><br>Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | | - | medical | | | | 720.14 |
| Account No. xxxxxxxxxxx0787<br><br>Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | | - | Opened 1/01/09 Last Active 1/27/11<br>FactoringCompanyAccount Idt-Hsbcorchard Standard - Mcs | | | | 2,528.00 |
| Account No. xxxxxx5220<br><br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | - | Opened 8/01/08<br>FactoringCompanyAccount Bank Of America | | | | 3,752.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,158.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tamara Sue Crews**                                      ,   Case No. __**14-35243**__
                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0164**<br><br>**Midland Credit Mgmt In**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | - | **Opened 11/01/06**<br>**FactoringCompanyAccount Tribute Mastercard (1474)** | | | | 1.00 |
| Account No. **xxxx# xx0423**<br><br>**Midlothian Medical Care**<br>**3000 Watercove Road**<br>**Midlothian, VA 23112** | | - | **2009-2010**<br>**medical** | | | | 489.20 |
| Account No. **xxxxx4001**<br><br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | - | **Opened 5/01/11**<br>**CollectionAttorney 06 Nationwide Insurance** | | | | 195.00 |
| Account No. **xxxxx0070**<br><br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | - | **Opened 12/01/10**<br>**CollectionAttorney 06 Nationwide Insurance** | | | | 123.00 |
| Account No. **xxx5104**<br><br>**Pellettieri**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | 171.00 |

Sheet no. __**6**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **979.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **14-35243**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5791**  **Pellettieri** 991 Oak Creek Dr Lombard, IL 60148 | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx5050**  **Pellettieri** 991 Oak Creek Dr Lombard, IL 60148 | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx1752**  **Pellettieri** 991 Oak Creek Dr Lombard, IL 60148 | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx1746**  **Pellettieri** 991 Oak Creek Dr Lombard, IL 60148 | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |
| Account No. **xxx2774**  **Pellettieri** 991 Oak Creek Dr Lombard, IL 60148 | | - | **Med1 02 Bon Secours Richmond Health** | | | | **126.00** |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **630.00**

In re   **Tamara Sue Crews**                                  ,   Case No.   **14-35243**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5787** <br><br>**Pellettieri** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **107.00** |
| Account No. **xxx8212** <br><br>**Pellettieri** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **100.00** |
| Account No. **xxx9363** <br><br>**Pellettieri** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **93.00** |
| Account No. **xxx9366** <br><br>**Pellettieri** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | | - | **Med1 02 Bon Secours Richmond Health** | | | | **4.00** |
| Account No. **xxxxxxA679** <br><br>**Powhatan Medical Associates** <br>**P>O. Box 843356** <br>**Boston, MA 02284-3356** | | - | **2011** <br>**medical** | | | | **116.92** |

Sheet no. __8__ of __10__ sheets attached to Schedule of          Subtotal                **420.92**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

In re  **Tamara Sue Crews** ,  Case No. **14-35243**
　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx3897<br><br>Prof Pl Svc<br>Attn: Crissy<br>Po Box 612<br>Milwaukee, WI 53201 | | - | Opened 8/01/11<br>CollectionAttorney Check Smart (5622) | | | | 1.00 |
| Account No. xxxxxxxxxxxxx7181<br><br>Receivable Management<br>7206 Hull Street Rd Ste<br>North Chesterfield, VA 23235 | | - | Opened 11/01/10<br>CollectionAttorney Medical Payment Data | | | | 724.00 |
| Account No. xxxxxxxxxx1090<br><br>Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | - | Opened 10/01/08<br>FactoringCompanyAccount Target Stores - Retailers Nati | | | | 75.00 |
| Account No. xxxxx4303<br><br>St. Francis Hospital<br>P O Box 79214<br>Baltimore, MD 21279 | | - | 3/14/2011<br>medical | | | | 151.33 |
| Account No. xxxx0078<br><br>United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614 | | - | Opened 3/01/11<br>CollectionAttorney Professional Emergency Care | | | | 326.00 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**1,277.33**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tamara Sue Crews**, Case No. **14-35243**
　　　　　　　　　　　　　　Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8702**<br>**United Collect Bur Inc**<br>**5620 Southwyck Blvd Ste**<br>**Toledo, OH 43614** | | - | Opened 12/01/10<br>CollectionAttorney Professional Emergency Care | | | | 326.00 |
| Account No.<br>**Unum Life Insurance Company**<br>**PO Box 180204**<br>**FRU/Benefit Accounting 6S610**<br>**Chattanooga, TN 37401** | | - | Overpayment of benefits | | | | 22,592.68 |
| Account No. **xx1237**<br>**Virginia Surgical Associates**<br>**417 Libbie Ave.**<br>**Richmond, VA 23226** | | - | 2011 medical | | | | 110.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**23,028.68**

Total (Report on Summary of Schedules)　　**53,340.91**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Tamara Sue Crews**     Case No.  **14-35243**
Debtor(s)     Chapter  **13**

**AMENDED**
**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I certify under penalty of perjury that the foregoing is true and correct.

Date  **October 7, 2014**     Signature  **/s/ Tamara Sue Crews**
**Tamara Sue Crews**
Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571