UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:   Tamara Sue Crews                             )        Case No:        14-35243
                                                      )        Chapter 13

**OBJECTION TO CONFIRMATION**

 **COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on October 23, 2014, for the cause as follows:

1. The Debtors filed this Chapter 13 Petition on September 29, 2014 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (a).

3. The above filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to file and provide copies of tax returns, as required by 11 U.S.C. 1308, for 2012 through 2013, pursuant to the debtor's testimony at the 341 hearing.

 WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: December 3, 2014                                /s/Susan H. Call
                                                      Susan H. Call, Counsel for
                                                      Carl M. Bates
                                                      Chapter 13 Trustee


**Certificate of Service**

 I hereby certify that on December 3, 2014, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), Tamara Sue Crews, 11955 Mountain Laurel Drive, Richmond, VA 23236-2549 and electronically sent to debtor's attorney, Nnika E. White, Esquire, nwhite@whitelawva.com.

                                                      /s/Susan H. Call
                                                      Susan H. Call, Counsel for
                                                      Carl M. Bates
                                                      Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:   Tamara Sue Crews                    )     Case No:    14-35243
                                             )     Chapter 13


Debtor Address       11955 Mountain Laurel Drive
                     Richmond, VA 23236-2549

Last four digits of Social Security No(s).:    9457


**NOTICE OF OBJECTION TO CONFIRMATION**

    Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

__X__    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, VA 23219

    You must also mail a copy to:

        Susan H. Call, Counsel for
        Carl M. Bates
        Chapter 13 Trustee
        P.O. Box 1819
        Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

   _____      Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

   __X__      Attend the hearing on the objection scheduled to be held on **December 10, 2014** at **11:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5100**.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:  December 3, 2014                             /s/Susan H. Call
                                                                           Susan H. Call, Counsel for
                                                                           Carl M. Bates
                                                                           Chapter 13 Trustee
                                                                           P.O. Box 1819
                                                                           Richmond, VA 23218-1819
                                                                           VSBN 34367

### Certificate of Service

     I hereby certify that on December 3, 2014, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s), Tamara Sue Crews, 11955 Mountain Laurel Drive, Richmond, VA 23236-2549 and electronically sent to debtor's attorney, Nnika E. White, Esquire, nwhite@whitelawva.com.

                                                                           /s/Susan H. Call
                                                                           Susan H. Call, Counsel for
                                                                           Carl M. Bates
                                                                           Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367