UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:   Tamara Sue Crews

Case No. 14-35243-KLP
Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HOUSEHOLD REALTY CORPORATION (HSBC Consumer Lending Mortgage Services, Servicer)

vs.

Tamara Sue Crews, Debtor

Respondents

### ORDER CONFIRMING PLAN

IT APPEARING TO THE COURT that the Chapter 13 Plan filed by the Debtor on October 23, 2014, replaces all previously filed Plans, if any, has been transmitted to all creditors, and meets each of the requirements set forth in 11 U.S.C. §1325 (a); it is hereby

**ORDERED** that the Plan is confirmed as filed, with the following caveats:

(1) That the pre-petitions arrears owed to HOUSEHOLD REALTY CORPORATION (HSBC Consumer Lending Mortgage Services, Servicer) will be paid per the Proof of Claim filed herein as Claim 7-1; and

**ORDERED** that upon entry of this Order, all property of the estate shall revest in the Debtor, but that the Debtor shall still not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court; and

**ORDERED** that all funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor at her address of record.

DONE at **Richmond**, Virginia, Dated:   Jun 15 2015   _____

/s/ Keith L. Phillips
_____
Judge, U.S. Bankruptcy Court
Eastern District of Virginia

Entered on Docket:  June 16 2015

Justina Martynaityte, Esq.
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #86858
301.490.1196
*Attorney for Movant*

I ASK FOR THIS:

/s/ Justina Martynaityte, Esq.
Justina Martynaityte, Esq.
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #86858
301.490.1196
*Attorney for Movant*

SEEN AND CONSENTED TO:

/s/ Nisha R. Patel for                             (by Justina Martynaityte, Esq. with permission from
Nnika E. White, Esq.                               Nisha R. Patel, Trustee based on FAX/email)
Law Office of White & Associates
9101 Midlothian Turnpike                           X /s/ Justina Martynaityte, Esq.
Suite 800
Richmond, VA 23235
*Attorney for Debtor*


/s/ Carl M. Bates
Carl M. Bates                                      (by Justina Martynaityte, Esq. with permission from
P.O. Box 1819                                      Carl M. Bates, Trustee based on FAX/email)
Richmond, VA 23218
*Trustee*                                          X/s/ Justina Martynaityte, Esq.

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Justina Martynaityte, Esq.

**PARTIES TO RECEIVE COPIES**

Tamara Sue Crews
11955 Mountain Laurel Drive
Richmond, VA 23236-2549

Copies were sent electronically via the CM/ECF system to Nnika E. White, Attorney for Debtor, Justina Martynaityte, Esq., and Carl M. Bates, Trustee.

/s/ Justina Martynaityte, Esq.


Justina Martynaityte, Esq.
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #86858
301.490.1196
*Attorney for Movant*