B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: | ) |
| TAMARA SUE CREWS | )   CASE NO. 14-35243-KLP |
| DEBTOR(S) | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Household Realty Corporation d/b/a Household Realty Corporation of Virginia |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices of transferee should be sent:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
Last Four Digits of Acct #: 1165

Court Claim # (if known): 7
Amount of Claim: $241,917.08
Date Claim Filed: December 9, 2014
Last Four Digits of Acct#: 0896

Name and Address where transferee payments should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ T. Jackson Stewart*        Date: June 23, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.