UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Tamara Sue Crews,           Case No. 14-35243-KLP
      Debtor                       Chapter 13

## AMENDED ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

A motion to substitute counsel having been filed by Julie B. Adair of Hathaway Adair, P.C., and upon the request of the Debtor herein for legal representation to be transferred to Adair, and the court finding it proper to do so, it is hereby

**ORDERED** that Julia B. Adair of Hathaway Adair, P.C. is substituted as counsel of record in the instant case; and it is further

**ORDERED** that all issues involving compensation for legal fees and expenses are subject to further order of the Court.

Signed: December 10, 2015          /s/ Keith L. Phillips
                                              United States Bankruptcy Judge

Copies:

Julia B. Adair, Esq.                 Entered on Docket: December 14, 2015
Hathaway Adair, P.C.
710 N. Hamilton St.
Suite 200
Richmond VA 23221

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Tamara Sue Crews
11955 Mountain Laurel Drive
Richmond, VA 23236-2549

Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2319

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner
20 North Eighth Street, Second Floor
Richmond, VA 23219

Bruce H. Matson
LeClair Ryan, A Professional Corporation
919 East Main Street, 24th Floor
Post Office Box 2499
Richmond, VA 23218-2499